No. 688. STREET *v.* NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted. *David T. Goldstick, Osmond K. Fraenkel, John J. McAvoy, Alan H. Levine,* and *Melvin L. Wulf* for appellant. *Aaron E. Koota* and *Harry Brodbar* for appellee.

No. 1277. UNITED STATES *v.* NARDELLO ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted. *Solicitor General Griswold* and *Assistant Attorney General Vinson* for the United States. *F. Emmett Fitzpatrick, Jr.,* for appellees.